# Court of Appeals
# of the State of Georgia

ATLANTA, October 30, 2024

*The Court of Appeals hereby passes the following order*

## A25D0076. LATILA SLAY v. SAVANNAH-CHATHAM COUNTY BOARD OF EDUCATION.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

SPCV2400553



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, October 30, 2024.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*